FILED

2014 Feb-18  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| ISRAEL SANTIAGO-LUGO, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-00045-VEH-HGD |
| | ) | |
| JOHN T. RATHMAN, | ) | |
| | ) | |
| Respondent | ) | |

## MEMORANDUM OPINION

On February 4, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On February 10, 2014, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the pleading be construed as a habeas corpus petition pursuant to 28 U.S.C. § 2241 and denied because petitioner has not shown that the savings clause is applicable to his claims.

DONE this 18th day of February, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge